IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
CIVIL ACTION NO. 2:08-CV-00038

| | | |
|---|---|---|
| EQUAL EMPLOYMENT ) | | |
| OPPORTUNITY COMMISSION, ) | | |
| ) | **COMPLAINT** | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | **JURY TRIAL DEMAND** | |
| ) | | |
| PERDUE FARMS, INCORPORATED, ) | | |
| Defendant. ) | | |
| ) | | |

NATURE OF THE ACTION

This is an action under the Age Discrimination in Employment Act to correct unlawful employment practices on the basis of age, and to provide appropriate relief to Audrey Sheftall, who was adversely affected by such practices. Plaintiff, the Equal Employment Opportunity Commission alleges that Defendant Perdue Farms, Incorporated, failed to hire Sheftall, then age 66, because of her age.

JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 7(b) of the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 626(b) (the "ADEA"), which incorporates by reference §§ 16(c) and 17 of the Fair Labor Standards Act of 1938 (the "FLSA"), as amended, 29 U.S.C. §§ 216(c) and 217.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Eastern District of North Carolina.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of the ADEA and is expressly authorized to bring this action by Section 7(b) of the ADEA, 29 U.S.C. § 626(b), as amended by Section 2 of Reorganization Plan No. 1 of 1978, 92 Stat. 3781, and by Public Law 98-532 (1984), 98 Stat. 2705.

4. At all relevant times, Defendant Perdue Farms, Incorporated ("Defendant") has continuously been a Maryland corporation doing business in the state of North Carolina and the city of Lewiston, and has continuously had at least twenty (20) employees.

5. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 11(b), (g) and (h) of the ADEA, 29 U.S.C. §§ 630(b), (g) and (h).

## CONCILIATION

6. Prior to institution of this lawsuit, the Commission's representatives attempted to eliminate the unlawful employment practices alleged below and to effect voluntary compliance with the ADEA through informal methods of conciliation, conference and persuasion within the meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

## STATEMENT OF CLAIMS

7. On or about February 20, 2007, Defendant engaged in unlawful employment practices at its facility located in Lewiston, North Carolina, in violation of Section 4(a)(1) of the ADEA, 29 U.S.C. §623(a)(1). Specifically, Defendant failed and refused to hire Audrey Sheftall for various vacant positions at its facility, including positions in its deboning and packing

departments. Sheftall was 66 years old at the time she sought a position with Defendant and was qualified for the vacant positions she sought. Despite her qualifications, Defendant refused to hire Sheftall because of her age, and continued to seek other applicants for the position. Within the month after Charging Party interviewed for a position with Respondent on February 20, 2007, Respondent hired younger employees in the deboning and packing departments.

8. The effect of the practices complained of in paragraph 7 above has been to deprive Sheftall of equal employment opportunities and otherwise adversely affect her status as an applicant for employment because of her age.

9. The unlawful employment practices complained of in paragraph 7 above were willful within the meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, successors, assigns and all persons in active concert or participation with it, from engaging in unlawful hiring practices and any other employment practice which discriminates on the basis of age against individuals 40 years of age and older.

B. Order Defendant to institute and carry out policies, practices and programs which provide equal employment opportunities for individuals 40 years of age and older, and which eradicate the effects of its past and present unlawful employment practices.

C. Grant a judgment requiring Defendant to pay appropriate back wages in an amount to be determined at trial, an equal sum as liquidated damages, and prejudgment interest

3

to Sheftall, whose wages are being unlawfully withheld as a result of the acts complained of above.

  D. Order Defendant to make whole Sheftall by providing the affirmative relief necessary to eradicate the effects of its unlawful practices, including but not limited to rightful-place hiring of Sheftall.

  E. Grant such further relief as the Court deems necessary and proper in the public interest.

  F. Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

DATED this the 17th day of September 2008.

        Respectfully submitted,

        RONALD S. COOPER
        General Counsel

        JAMES L. LEE
        Deputy General Counsel

        GWENDOLYN YOUNG REAMS
        Associate General Counsel
        EQUAL EMPLOYMENT OPPORTUNITY
        COMMISSION
        1801 L Street, N.W.
        Washington, D.C. 20507

        /s/ Lynette A. Barnes
        LYNETTE BARNES (NC Bar 19732)
        Regional Attorney

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Charlotte District Office
129 W. Trade Street, Suite 400
Charlotte, North Carolina 28202

TRACY HUDSON SPICER
Supervisory Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
1801 L Street, N.W.
Washington, D.C. 20507

/s/ Zoë G. Mahood
ZOË G. MAHOOD (NC Bar 21722)
Senior Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Raleigh Area Office
1309 Annapolis Drive
Raleigh, North Carolina 27608
Telephone:    919.856.4080
Facsimile:    919.856.4151
E-mail:       zoe.mahood@eeoc.gov

ATTORNEYS FOR PLAINTIFF